UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

          Plaintiff,

    v.

SFPD #4766,

          Defendant.

Case No. 26-cv-06073-SI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the Court hereby sua sponte REFERS this case to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 26-cv-3346 AMO.

**IT IS SO ORDERED**.

Dated: June 24, 2026

_____
SUSAN ILLSTON
United States District Judge